UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              §
                                    §
RECINTO, RYAN A.                    §   Case No. 11-03306
HIRSCH, DANIELLE L.                 §
                                    §
                                    §
         Debtor(s)                  §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Phillip D. Levey, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
                      Kenneth Gardner
                      U.S. Bankruptcy Court Clerk
                      219 South Dearborn Street- 7th Floor
                      Chicago, IL  60614

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 10/25/2011 in Courtroom 644,
                      United States Courthouse
                      219 South Dearborn Street
                      Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: Kenneth S. Gardner_____
                                                                 Clerk, U.S. Bankruptcy Court

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
RECINTO, RYAN A. § Case No. 11-03306
HIRSCH, DANIELLE L. §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 13,466.45 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 13,466.45 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Phillip D. Levey | $ 2,096.65 | $ 0.00 | $ 2,096.65 |
| Trustee Expenses: Phillip D. Levey | $ 21.91 | $ 0.00 | $ 21.91 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 2,118.56 |
| Remaining Balance | $ 11,347.89 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

     In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

     Allowed priority claims are:

NONE

     The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

     Timely claims of general (unsecured) creditors totaling $ 97,722.09 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 11.6 percent, plus interest (if applicable).

     Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Dr. Justin Gruby<br>1834 Glenview Rd., #2W<br>Glenview, IL 60025 | $ 1,542.40 | $ 0.00 | $ 179.11 |
| 000002 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ 12,065.35 | $ 0.00 | $ 1,401.08 |
| 000003 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ 15,070.40 | $ 0.00 | $ 1,750.04 |
| 000004 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ 3,197.78 | $ 0.00 | $ 371.34 |
| 000005 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 248839<br>Oklahoma City, OK 73124-8839 | $ 14,740.20 | $ 0.00 | $ 1,711.69 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | Chase Bank USA, NA<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ 10,008.74 | $ 0.00 | $ 1,162.26 |
| 000007 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ 17,328.96 | $ 0.00 | $ 2,012.31 |
| 000008 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ 23,768.26 | $ 0.00 | $ 2,760.06 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 11,347.89 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Phillip D. Levey
Trustee's Counsel

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*


**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                            United States Bankruptcy Court
                            Northern District of Illinois

In re:                                                               Case No. 11-03306-PSH
Ryan A. Recinto                                                      Chapter 7
Danielle L. Hirsch
       Debtors                    CERTIFICATE OF NOTICE
District/off: 0752-1         User: cmendoza1              Page 1 of 2              Date Rcvd: Sep 26, 2011
                             Form ID: pdf006              Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 28, 2011.
db/jdb       +Ryan A. Recinto,    Danielle L. Hirsch,    2510 W. Cullom Ave., 2nd Floor,   Chicago, IL 60618-1502
aty          +Mitchell A Cohen,    7749 N Milwaukee Ave,    Niles, IL 60714-4733
tr           +Phillip D Levey, ESQ,    2722 North Racine Avenue,    Chicago, IL 60614-1206
16731565     +Alarm Detection Systems, Inc.,    1111 Church Rd.,   Aurora, IL 60505-1905
16731566     +American Express,    POB 981537,   El Paso, TX 79998-1537
17326127      American Express Bank, FSB,    c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
17384531      American Express Centurion Bank,    c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
16731568     +Associated Creditors Exc.,    5151 N. Harlem,   Chicago, IL 60656-3686
16731570     +BAC Home Loan Services,    450 American St.,   Simi Valley, CA 93065-6285
16731571     +Bank of America,    4161 Piedmont Parkway,    NC4-105-01-34,   Greensboro, NC 27410-8110
16731572     +Bronzeville Manner Condominium Asso,    c/o Westward Management,    3712 N. Broadway, Ste. 440,
               Chicago, IL 60613-4235
17293395      Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,   PO Box 248839,
               Oklahoma City, OK 73124-8839
16731573     +Capitol One Services,    POB 30281,   Salt Lake City, UT 84130-0281
16731574     +Chase,    POB 15298,   Wilmington, DE 19850-5298
17288469      Chase Bank USA, N.A.,    PO Box 15145,   Wilmington, DE 19850-5145
17294821      Chase Bank USA, NA,    PO Box 15145,   Wilmington, DE 19850-5145
16731575     +Citibank, N.A.,    701 E. 60th Street,   Sioux Falls, SD 57104-0493
16731577     +Direct Loan Service System,    POB 5609,   Greenville, TX 75403-5609
16731578     +Dr. Justin Gruby,    1834 Glenview Rd., #2W,   Glenview, IL 60025-6921
16731579     +G.E. Money Card,    POB 981439,   El Paso, TX 79998-1439
16731580      GreenTree Financial Corp.,    500 Landmark Towers,   Saint Paul, MN 55102
16731581     +Greenview Gardens Condominium Assoc,    c/o Acorn Property Management,    1819 W. Grand Ave.,
               Chicago, IL 60622-8535
16731582     +IndyMac Bank,    6900 Beatrice Dr.,   Kalamazoo, MI 49009-9559
16731583     +Macys,    POB 8218,   Mason, OH 45040-8218
16731584     +OneWest Bank,    6900 Beatrice Dr.,   Kalamazoo, MI 49009-9559
16731585     +Swedish Covenant Hospital,    5145 N. California,   Chicago, IL 60625-3687
16731586     +Universal/Citibank,    POB 44167,   Jacksonville, FL 32231-4167
16731587     +Wells Fargo Bank,    POB 54780,   Los Angeles, CA 90054-0780
16731588     +Woodlawn Estates Condominium Assoc.,    964 E. 62nd St., 1B,    Attn: Jason Whorley,
               Chicago, IL 60637-4063
16731589     +Zwicker & Associates,    7366 N. Lincoln Ave., Ste. 404,    Lincolnwood, IL 60712-1741

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16731567      E-mail/Text: ebnbankruptcy@ahm.honda.com Sep 27 2011 02:03:46      American Honda Finance,
               2170 Point Blvd., Ste. 100,   Elgin, IL 60123
16731569     +E-mail/Text: ALSBankruptcy@aurorabankfsb.com Sep 27 2011 02:04:51      Aurora Loan Services,
               10350 Park Meadows Dr., Ste. 500,   Lone Tree, CO 80124-6800
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16731576     ##+CitiMortgage,    POB 9438, Dept 0,   Gaithersburg, MD 20898-9438
                                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1          User: cmendoza1              Page 2 of 2            Date Rcvd: Sep 26, 2011
                              Form ID: pdf006              Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 28, 2011**                    **Signature:**    /s/ Joseph Speetjens