UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                §
                                      §
RECINTO, RYAN A.                      §       Case No. 11-03306
HIRSCH, DANIELLE L.                   §
                                      §
                                      §
         Debtor(s)                    §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Phillip D. Levey, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/Phillip D. Levey_____
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILLIP D. LEVEY | | | | | |
| PHILLIP D. LEVEY | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | DR. JUSTIN GRUBY | | | | | |
| 000007 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000008 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000005 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000002 | CHASE BANK USA, N.A. | | | | | |
| 000003 | CHASE BANK USA, N.A. | | | | | |
| 000004 | CHASE BANK USA, N.A. | | | | | |
| 000006 | CHASE BANK USA, NA | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit 8

| Case No: | 11-03306 | PSH | Judge: PAMELA S. HOLLIS | | Trustee Name: | Phillip D. Levey |
| Case Name: | RECINTO, RYAN A. | | | | Date Filed (f) or Converted (c): | 01/28/11 (f) |
| | HIRSCH, DANIELLE L. | | | | 341(a) Meeting Date: | 02/25/11 |
| For Period Ending: | 12/15/11 | | | | Claims Bar Date: | 07/27/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Income Tax Refund (u) | 0.00 | Unknown | | 13,466.00 | Unknown |
| 2. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.66 | Unknown |
| 3. 7637 N. Greenview, Chicago, IL | 160,000.00 | 0.00 | DA | 0.00 | FA |
| 4. 509 E. 44th, Unit #1, Chicago, IL | 170,000.00 | 0.00 | DA | 0.00 | FA |
| 5. 964-66 E. 62nd, Unit 2C, Chicago, IL | 160,000.00 | 0.00 | DA | 0.00 | FA |
| 6. 966 E. 62nd, Unit 3A, Chicago, IL | 160,000.00 | 0.00 | DA | 0.00 | FA |
| 7. Cash | 500.00 | 0.00 | DA | 0.00 | 0.00 |
| 8. Checking 1- Chase Bank | 228.00 | 0.00 | DA | 0.00 | FA |
| 9. Checking 2 - Chase Bank | 39.00 | 0.00 | DA | 0.00 | FA |
| 10. Checking 3- - Chase Bank | 1,040.00 | 0.00 | DA | 0.00 | FA |
| 11. Savings 1 - Chase Bank | 175.00 | 0.00 | DA | 0.00 | FA |
| 12. Checking 4 - Chase Bank | 268.00 | 0.00 | | 0.00 | 0.00 |
| 13. Money Market - Chase Bank | 1,050.00 | 0.00 | DA | 0.00 | FA |
| 14. Savings 2 - Chase Bank | 1.00 | 1.00 | DA | 0.00 | FA |
| 15. SECUIRITY DEPOSIT | 1,800.00 | 0.00 | DA | 0.00 | FA |
| 16. HOUSEHOLD FURNISHINGS | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 17. Books | 90.00 | 0.00 | DA | 0.00 | FA |
| 18. WEARING APPAREL | 400.00 | 0.00 | DA | 0.00 | FA |
| 19. JEWELRY | 800.00 | 0.00 | DA | 0.00 | FA |
| 20. Camera, sewing machine, bicycle, tools, firearem | 475.00 | 475.00 | DA | 0.00 | FA |
| 21. Term Life Insurance | 0.00 | 0.00 | DA | 0.00 | FA |
| 22. IRA-Ryan Recinto | 77,000.00 | 0.00 | DA | 0.00 | FA |
| 23. 401k - Ryan Recinto | 12,000.00 | 0.00 | DA | 0.00 | FA |
| 24. 401k - Danielle Hirsch | 30,000.00 | 0.00 | DA | 0.00 | FA |
| 25. 2005 Honda Element | 9,000.00 | 1,400.00 | DA | 0.00 | FA |
| 26. 2009 Honda Civic | 12,590.00 | 1,798.00 | DA | 0.00 | FA |

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 6)*

Ver: 16.04e

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

Case No:  11-03306    PSH    Judge: PAMELA S. HOLLIS  
Case Name:  RECINTO, RYAN A.  
HIRSCH, DANIELLE L.

Trustee Name:  Phillip D. Levey  
Date Filed (f) or Converted (c):  01/28/11 (f)  
341(a) Meeting Date:  02/25/11  
Claims Bar Date:  07/27/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

|   |   |   |   |   | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $798,456.00 | $3,674.00 |   | $13,466.66 | $0.00 |
|   |   |   |   |   | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR):  / /       Current Projected Date of Final Report (TFR):  / /

LFORM1  
**UST Form 101-7-TDR (5/1/2011)** *(Page: 7)*

Ver: 16.04e

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 11-03306 -PSH | | Trustee Name: | Phillip D. Levey |
| Case Name: | RECINTO, RYAN A. | | Bank Name: | BANK OF AMERICA |
| | HIRSCH, DANIELLE L. | | Account Number / CD #: | *******5834 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******9074 | | | |
| For Period Ending: | 12/15/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/28/11 | 1 | United States Treasury | Income Tax Refund-Federal | 1224-000 | 11,042.00 | | 11,042.00 |
| 04/28/11 | 1 | Ryan A. Recinto | Income Tax Refund-Illinois | 1224-000 | 2,424.00 | | 13,466.00 |
| 05/31/11 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.11 | | 13,466.11 |
| 06/30/11 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.11 | | 13,466.22 |
| 07/29/11 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.11 | | 13,466.33 |
| 08/31/11 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.12 | | 13,466.45 |
| 09/30/11 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.11 | | 13,466.56 |
| 10/27/11 | 2 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.10 | | 13,466.66 |
| 10/27/11 | | Transfer to Acct #*******6008 | Final Posting Transfer | 9999-000 | | 13,466.66 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 13,466.66 | 13,466.66 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 13,466.66 | |
| Subtotal | 13,466.66 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 13,466.66 | 0.00 | |

Page Subtotals 13,466.66 13,466.66

Ver: 16.04e

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 11-03306 -PSH | | Trustee Name: | Phillip D. Levey |
| Case Name: | RECINTO, RYAN A. | | Bank Name: | BANK OF AMERICA |
| | HIRSCH, DANIELLE L. | | Account Number / CD #: | *******6008 Checking Account (Non-Interest Earn) |
| Taxpayer ID No: | *******9074 | | | |
| For Period Ending: | 12/15/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/27/11 | | Transfer from Acct #*******5834 | Transfer In From MMA Account | 9999-000 | 13,466.66 | | 13,466.66 |
| 11/02/11 | 000101 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL 60614 | Chapter 7 Compensation/Fees | 2100-000 | | 2,096.67 | 11,369.99 |
| 11/02/11 | 000102 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL 60614 | Chapter 7 Expenses | 2200-000 | | 21.91 | 11,348.08 |
| 11/02/11 | 000103 | Dr. Justin Gruby<br>1834 Glenview Rd., #2W<br>Glenview, IL 60025 | Claim 000001, Payment 11.61242% | 7100-000 | | 179.11 | 11,168.97 |
| 11/02/11 | 000104 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000002, Payment 11.61259% | 7100-900 | | 1,401.10 | 9,767.87 |
| 11/02/11 | 000105 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000003, Payment 11.61263% | 7100-900 | | 1,750.07 | 8,017.80 |
| 11/02/11 | 000106 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000004, Payment 11.61274% | 7100-900 | | 371.35 | 7,646.45 |
| 11/02/11 | 000107 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 248839<br>Oklahoma City, OK 73124-8839 | Claim 000005, Payment 11.61260% | 7100-900 | | 1,711.72 | 5,934.73 |
| 11/02/11 | 000108 | Chase Bank USA, NA<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000006, Payment 11.61265% | 7100-900 | | 1,162.28 | 4,772.45 |
| 11/02/11 | 000109 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001 | Claim 000007, Payment 11.61258%<br>(7-1) CREDIT CARD DEBT | 7100-900 | | 2,012.34 | 2,760.11 |
| | | | Page Subtotals | | 13,466.66 | 10,706.55 | |

Ver: 16.04e

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-03306 -PSH | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | RECINTO, RYAN A. | | Bank Name: | BANK OF AMERICA |
| | HIRSCH, DANIELLE L. | | Account Number / CD #: | *******6008 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9074 | | | |
| For Period Ending: | 12/15/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/02/11 | 000110 | Malvern, PA 19355-0701<br>American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000008, Payment 11.61259%<br>(8-1) CREDIT CARD DEBT | 7100-900 | | 2,760.11 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 13,466.66 | 13,466.66 | 0.00 |
| Less: Bank Transfers/CD's | 13,466.66 | 0.00 | |
| Subtotal | 0.00 | 13,466.66 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 13,466.66 | |

Page Subtotals        0.00        2,760.11

Ver: 16.04e

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 11-03306 -PSH |
| Case Name: | RECINTO, RYAN A. |
| | HIRSCH, DANIELLE L. |
| Taxpayer ID No: | *******9074 |
| For Period Ending: | 12/15/11 |

| | |
|---|---|
| Trustee Name: | Phillip D. Levey |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******6011 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

| | Deposits | Disbursements | Balance |
|---|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account (Interest Earn - ********5834 | 13,466.66 | 0.00 | 0.00 |
| Checking Account (Non-Interest Earn - ********6008 | 0.00 | 13,466.66 | 0.00 |
| Checking Account (Non-Interest Earn - ********6011 | 0.00 | 0.00 | 0.00 |
| | 13,466.66 | 13,466.66 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        0.00

Ver: 16.04e

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*